AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Todd A. King *Plaintiff* v. State of Ohio *Defendant* | Civil Action No. 3:22-CV-184 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Report and Recommendation is ADOPTED in full; Petitioner's Motion to Proceed In Forma Pauperis is DENIED AS MOOT; the case is DISMISSED WITHOUT PREJUDICE; and the case is terminated on the docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Michael J. Newman
on Order Adopting the Report and Recommendation fo the United States Magistrate Judge.


Date:  2 September 2022

CLERK OF COURT

*(signature)*

Signature of Clerk or Deputy Clerk